UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PHILIP D. LUCAS, on behalf of himself
and all others similarly situated

    Plaintiff,

v.                                                                   Case No: 2:11-cv-467-Ftm-38UAM

METROPOLITAN TOWER LIFE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

This matter comes before the Court on review of the file. On December 29, 2011, this Court stayed this action pending resolution of proceedings in the Western District of Pennsylvania, and directing that a status report be filed every six months. Since that time, the Plaintiffs have moved to lift the stay (Doc. #36) on the grounds that the Western District of Pennsylvania denied a motion to enforce settlement and terminated its jurisdiction. This Motion to lift the stay was denied for failure to comply with Local Rule 3.01(g). (Doc. #37). Since that time, the Parties filed a Joint Status Report on September 28, 2012 (Doc. #38) informing the Court that counsel have conferred about lifting the stay and setting a date for Defendant's response to the amended complaint, but Plaintiff first intends to prepare a second amended complaint. Since that time, there has been no activity in the case and the six-month time frame to file a status report expired on March 28, 2013. Therefore, the Court will direct the Parties to file a joint status report informing the Court as to the status of this matter, including whether the stay should be lifted.

Accordingly, it is now

**ORDERED:**

The Parties are directed to file a joint status report on or before **June 10, 2013**, in accordance with the above.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of June, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record