**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

PHILIP D. LUCAS, on behalf of
himself and all others similarly
situated

                Plaintiff,

v.                                           Case No:  2:11-cv-467-FtM-38UAM

METROPOLITAN TOWER LIFE
INSURANCE COMPANY,

                Defendant.
_____/

## **ORDER**

This matter comes before the Court on Plaintiff's Amended Agreed Motion to Lift Stay (Doc. #44) filed on June 10, 2013.  The Parties agree that the Court's December 29, 2011 stay of this matter (Doc. #30) may be lifted as the basis for the stay no longer exists.  Thus, the Court will now lift the stay.  As a scheduling order has never been entered in this matter, the Parties are directed to meet and confer and submit a proposed case management report in compliance with Local Rule 3.05 to the Court with deadlines that will govern this action.  The Case Management Report form was previously provided to the Parties with the Related Case Order and Track Two Notice (Doc. #12).

      Accordingly, it is now

      **ORDERED:**

(1) Plaintiff's Amended Agreed Motion to Lift Stay (Doc. #44) is **GRANTED**.  The stay of this matter is lifted.  The Clerk of Court is directed to remove the stay flag from this case.

(2) The Parties shall conduct a case management conference and file their case management report with the Court on or before **June 25, 2013**.  The Parties may conduct the case management conference telephonically.

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of June, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record