UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PHILIP D. LUCAS, on behalf of himself
and all others similarly situated

    Plaintiff,

v.                                           Case No:  2:11-cv-467-FtM-38UAM

METROPOLITAN TOWER LIFE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

This matter comes before the Court on review of the file. In light of the recent filings regarding expedited consideration and a possible stay of this matter, the Court will hold a telephonic status conference to discuss case management and scheduling issues. The Parties' obligation to file a case management report is stayed until the Court has the opportunity to discuss the issues with the Parties.

Accordingly, it is now **ORDERED:**

The undersigned will hold a telephonic status conference in this case to discuss case management on **July 16, 2013 at 2:30 p.m**.  The Clerk is directed to issue a separate notice of hearing, which includes directions for the Parties to call in.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of June, 2013.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record